# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRYSTAL DEBERRY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA** | : | **NO. 17-3267** |

## ORDER

AND NOW, this 11th day of August, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff, Crystal Deberry, #17412, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by plaintiff, an initial partial filing fee of $2.88 is assessed. The Warden or other appropriate official at the Northampton County Jail or at any other prison at which plaintiff may be incarcerated is directed to deduct $2.88 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 17-3267. In each succeeding month when the amount in plaintiff's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 17-3267.

3. The Clerk of Court is directed to send a copy of this order to the Warden of the Northampton County Jail.

4. The complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) for the reasons discussed in the Court's memorandum.

5. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

*s/ Thomas N. O'Neill, Jr.*
**THOMAS N. O'NEILL, JR., J.**